*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 17, 2019

By ECF:
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Person v. United States of America et al.*, No. 19 Civ. 154 (LGS) (SDA)

Dear Judge Schofield:

    This Office represents the defendants in the above-captioned action, including the individual officers in their official capacities (together, the "government").[1] I write with the consent of the pro se plaintiff, who has reviewed this letter, to request a conference.

    Earlier this afternoon, plaintiff filed affidavits attesting to service of most of the defendants. *See* ECF Nos. 13-16. In addition, based on conversations with agency counsel at the Federal Reserve Board, I believe that the Federal Reserve Board and its Chair have been served. I am confirming that each defendant has been served consistent with Federal Rule of Civil Procedure 4(i).

    Assuming service is perfected, the parties believe it would be productive to have a conference with the Court to discuss a schedule and next steps in the case. The Court has already set an initial conference for February 28, 2019. *See* ECF No. 5. However, given plaintiff's request for a temporary restraining order and/or preliminary injunction, ECF Nos. 7-9, the parties believe an earlier conference may be warranted.[2] Both sides are available any date next week other than Monday, a federal holiday.

---

[1] As explained in the government's January 15, 2019 letter, ECF No. 11 at 1 n.1, the government understands the individual defendants to be sued in their official capacities.

[2] I will be available notwithstanding the current lapse in Department of Justice appropriations.

We thank the Court for its attention to this matter.

                      Respectfully,

                      GEOFFREY S. BERMAN
                      United States Attorney
                      Southern District of New York

by: */s/ Peter Aronoff*
     PETER ARONOFF
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Tel.: (212) 637-2697
     Email: peter.aronoff@usdoj.gov